

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00586-CV

Ryan **JONES** and Lake Flato Architects, Inc.,
Appellants

v.

Selina **MALONEY**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-17778
Honorable Richard Price, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: March 24, 2021

DISMISSED

Appellants and appellee filed a joint motion to dismiss, requesting that this court dismiss the appeal. The motion states that the parties have fully and finally settled all claims and causes of action between and among them which are the subject of this appeal. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM